STATE OF NEW JERSEY v. ANNA JAKUBOWSKI.

March 16, 1982.

Petition for certification denied.

DELINCO, INC. v. SOLAR ENERGY SYSTEMS, INC.

March 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE NATELLI.

March 16, 1982.

Petition for certification denied.

KENNETH G. SWAN v. JAMES JACKSON.

March 16, 1982.

Petition for certification denied.